**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:15-cv-62359-BB

JAMES JOHN WAITE, JR., et al.,

    Plaintiffs,

v.

ALL ACQUISITION CORP., etc., et al.,

    Defendants.

_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO AMEND ANSWERS**
**AND AFFIRMATIVE DEFENSES TO ADD FABRE DEFENDANTS**

Defendants, by and through undersigned counsel, respectfully file this Motion for Extension of Time to Amend Answer and Affirmative Defenses to Add Fabre Defendants, and, pursuant to Federal Rule of Civil Procedure 16(b)(4), move this Honorable Court for an extension of time until March 31, 2016 to file amended answers and affirmative defenses to Plaintiffs' Complaint to identify those non-parties against whom they may be entitled to an apportionment of non-economic damages pursuant to Fla. Stat. § 768.81(3) and *Fabre v. Marin*, 623 So. 2d 1182 (Fla. 1993). A scheduling order can be modified if the schedule "cannot 'be met despite the diligence of the party seeking the extension.'" *See Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (citations omitted).

In support of this Motion, Defendants state as follows:

1. On December 2, 2015, the Court entered a Scheduling Order [Doc. 33] which established February 1, 2016 as the deadline for parties to file motions to amend pleadings or join parties.

2.     Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." "The good cause standard required to modify a scheduling order precludes modification unless the schedule 'cannot be met despite the diligence of the party seeking the extension.'" *Feise v. N. Broward Hosp. Dist.*, No. 14CIV61556BLOOMVALLE, 2015 WL 4638606, at *2 (S.D. Fla. Aug. 4, 2015) (citing *De Varona v. Disc. Auto Parts, LLC*, 285 F.R.D. 671, 672 (S.D. Fla. 2012)).

3.     Here, good cause exists to modify the scheduling order because the schedule cannot be met despite the diligence of the parties seeking the extension. *See Feise*, 2015 WL 4638606, at *2. The discovery deadline is April 29, 2016, almost 3 months after the February 1, 2016 deadline to amend pleadings. However, there is still substantial discovery left to be conducted, and this discovery may reveal non-parties who are at fault in this case. Specifically, Defendants are still waiting on Mr. Waite's social security records (which may reveal additional employers who may be liable for Mr. Waite's alleged injuries), still need to serve collateral source and bankruptcy trust written discovery, still need to depose Plaintiff Sandra Waite, who is listed as a product ID witness in Plaintiffs' Complaint, and still need to complete other record collection and investigation activities. This additional discovery is likely to reveal other non-parties who may be liable for Plaintiffs' alleged injuries.

4.     Furthermore, based on prior experience, not all defendants currently involved in this case will go to trial. Some will settle prior to trial, and any remaining defendant(s) will likely seek leave to amend to add the settling defendants as *Fabre* defendants.

5.     Accordingly, Defendants seek an extension of the February 1, 2016 deadline to file motions to amend the pleadings for the limited purpose of adding any such parties against whom they may be able to seek apportionment under Fla. Stat. § 768.81.

2

WHEREFORE, Defendants respectfully move this Honorable Court pursuant to Federal Rule of Civil Procedure 16(b)(4) for an extension of time until March 31, 2016 to file amended answers and affirmative defenses to identify those non-parties against whom they seek apportionment under Fla. Stat. § 768.81.

**Certification of Conferral Pursuant to Local Rule 7.1(a)(3)(A)**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues presented in this motion but has been unable to resolve the issues.

*/s/M. Derek Harris*
M. Derek Harris

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

| | |
|---|---|
| */s/ Stuart A. Weinstein* | */s/ M. Derek Harris* |
| Stuart Weinstein (FBN: 0526630) | M. Derek Harris (FBN: 097071) |
| Laura Eggnatz (FBN: 067927) | dharris@carltonfields.com |
| SHAPIRO, BLASI, WASSERMAN et al. | Ryan S. Cobbs (FBN: 912611) |
| 7777 Glades Road, Suite 400 | rcobbs@carltonfields.com |
| Boca Raton, FL 33434 | Matthew J. Conigliaro (FBN: 63525) |
| Telephone: (561) 477-7800 | mconigliaro@carltonfields.com |
| saweinstein@sbwlawfirm.com | **CARLTON FIELDS JORDEN BURT, P.A.** |
| leeggnatz@sbwlawfirm.com | CityPlace Tower |
| -and- | 525 Okeechobee Boulevard, Suite 1200 |
| | West Palm Beach, Florida 33401 |
| Katherine Binns (*Admitted Pro Hac Vice*) | Tel: (561) 659-7070 |
| Binns Law Firm, PLLC | *Attorneys for Defendant Union Carbide Corp.* |
| 3839 McKinney Avenue, Suite 155-773 | |
| Dallas, TX 75204 | |
| Telephone: (972) 754-1733 | |
| kbinns@binnstrial.com | |
| *Attorneys for Defendant Georgia-Pacific, LLC* | |
| | |
| */s/ Melanie Chung-Tims* | */s/ Melissa R. Alvarez* |
| Susan J. Cole (FBN: 270474) | Melissa R. Alvarez (FBN: 861091) |
| Eduardo J. Medina (FBN: 56344) | Caroline M. Iovino (FBN: 181110) |
| Melanie Chung-Tims (FBN: 27603) | Anthony Upshaw (FBN: 820091) |
| BICE COLE LAW FIRM, PL | MCDERMOTT WILL & EMERY |
| 999 Ponce de Leon Blvd., Suite 710 | 333 SE 2nd Avenue, Suite 4500 |
| Coral Gables, FL 33134 | Miami, FL 33131 |
| Telephone: (305) 444-1225 | Telephone: (305) 358-3500 |
| cole@bicecolelaw.com | Malvarez@mwe.com |
| asbestosservice@bicecolelaw.com | Aupshaw@mwe.com |
| *Attorneys for Defendants BorgWarner Morse TEC LLC as successor by merger to Borg-Warner Corporation* | *Attorneys for Defendant Honeywell International, Inc.* |

*/s/ Clarke Sturge*
Henry Salas (FBN: 815268)
Clarke Sturge (FBN: 584541)
Andrew Scott Freedman (FBN: 91087)
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33156
Telephone: 305-350-5300
Henry.salas@csklegal.com
Clarke.sturge@csklegal.com
Andrew.freedman@csklegal.com
*Attorneys for Defendants Pneumo Abex LLC and Ford Motor Company*

*/s/ Lucia V. Pazos*
Lucia V. Pazos (FBN: 026764)
BROWN SIMS
4000 Ponce De Leon Blvd., Suite 630
Coral Gables FL 33146
Telephone: 305-274-5507
lpazos@brownsims.com
*Attorneys for Defendant Genuine Parts Co.*

*/s/ Todd C. Alley*
Todd C. Alley (FBN: 108536)
Ollie M. Harton (FBN: 0105985)
HAWKINS PARNELL THACKSTON et al.
4000 Suntrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
Telephone: 404-614-7500
talley@hptylaw.com
oharton@hptylaw.com

*Attorneys for Defendant Western Auto Supply Company*

5

## LIST OF COUNSEL

*James John Waite, Jr. and Sandra Waite v. AII Acquisition Corp., et al.*
Case No. 0:15-CV-62359-BB
United States District Court, Southern District of Florida

Jonathan Ruckdeschel
THE RUCKDESCHEL LAW FIRM, LLC
8357 Main Street
Ellicott City, MD  21043
Telephone: (410) 750-7825
ruck@rucklawfirm.com

-and-

Rebecca S. Vinocur, Esq.
Rebecca S. Vinocur, P.A.
5915 Ponce de Leon Blvd., Suite 11
Coral Gables FL 33146
Telephone: (786) 691-1282
rvinocur@rsv-law.com

-and-

Dawn Besserman (*Admitted Pro Hac Vice*)
dbesserman@mrhfmlaw.com
MAUNE RAICHLE HARTLEY, et al.
2 Club Centre Court, Suite 4
Edwardsville IL 62025
Telephone: (314) 241-2003

*Attorneys for Plaintiffs*

Susan J. Cole
Eduardo J. Medina
Melanie Chung-Tims
BICE COLE LAW FIRM, PL
999 Ponce de Leon Blvd., Suite 710
Coral Gables, FL  33134
Telephone: (305) 444-1225
cole@bicecolelaw.com
asbestosservice@bicecolelaw.com

*Attorneys for Defendants BorgWarner Morse TEC LLC as successor by merger to Borg-Warner Corporation*

Melissa R. Alvarez
Caroline M. Iovino
Anthony Upshaw
MCDERMOTT WILL & EMERY
333 SE 2nd Avenue, Suite 4500
Miami, FL  33131
Telephone: (305) 358-3500
Malvarez@mwe.com
Aupshaw@mwe.com

*Attorneys for Defendant Honeywell International, Inc.*

Todd C. Alley
Ollie M. Harton
HAWKINS PARNELL THACKSTON et al.
303 Peachtree Street NE, Suite 400
Atlanta, GA  30308-3243
Telephone: 404-614-7500
talley@hptylaw.com
oharton@hptylaw.com

*Attorneys for Defendants Western Auto Supply Company*

Stuart Weinstein
Laura Eggnatz
SHAPIRO, BLASI, WASSERMAN et al.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone: (561) 477-7800
saweinstein@sbwlawfirm.com
leeggnatz@sbwlawfirm.com

-and-

Katherine Binns (*Admitted Pro Hac Vice*)
Binns Law Firm, PLLC
3839 McKinney Avenue, Suite 155-773
Dallas, TX 75204
Telephone:  (972) 754-1733

kbinns@binnstrial.com

*Attorneys for Defendant Georgia-Pacific, LLC*

Lucia V. Pazos
BROWN SIMS
4000 Ponce De Leon Blvd., Suite 630
Coral Gables FL 33146
Telephone: 305-274-5507
lpazos@brownsims.com

*Attorneys for Defendant Genuine Parts Company*

Henry Salas
Clarke Sturge
Andrew Scott Freedman
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, FL  33156
Telephone: 305-350-5300
Henry.salas@csklegal.com
Clarke.sturge@csklegal.com
Andrew.freedman@csklegal.com

*Attorneys for Defendants Pneumo Abex LLC and Ford Motor Company*